# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00079-CV

**In re Harlan Levien, Stephen Levien, Kenneth Ives, and Parvin Johnson, Jr.**

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

### O R D E R

**PER CURIAM**

Relators Harlan Levien, Stephen Levien, Kenneth Ives, and Parvin Johnson, Jr., have filed a petition for writ of mandamus seeking review of the district court's January 23, 2018 order compelling production of an email communication and filed a motion for emergency relief asking this Court to stay the order pending resolution of their petition for writ of mandamus. *See* Tex. R. App. P. 52.1-.3, .10. We grant the motion for emergency relief and stay the district court's order pending further order of this Court. *See id.* R. 52.10. The real parties in interest, Kenneth Levien, Barry Levien, and Philip Levien, are requested to file a response to the petition for writ of mandamus on or before March 8, 2018.

It is ordered February 7, 2018.

Before Justices Puryear, Pemberton, and Bourland